United States District Court
Southern District of Texas

**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **YIBELTAL AGAFARI ZELEKE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00651** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Yibeltal Agafari Zeleke's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), in which he alleges that his post-removal-order custody pursuant to 8 U.S.C. § 1231 has become unreasonably prolonged in violation of his due process rights as interpreted in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Respondents submitted a timely response to the Court indicating the steps that have been taken to effectuate Petitioner's removal as of April 20, 2026. (Dkt. 7.)

In light of the information provided, Respondents are hereby **ORDERED** to supply the Court with an update on any additional progress that has been made to effectuate Petitioner's removal by **May 13, 2026**. Petitioner is permitted to provide the court with responsive supplemental information by **May 13, 2026**.

IT IS SO ORDERED.

SIGNED this May 6, 2026.

_____
Diana Saldaña
United States District Judge